# MINUTE ORDER

Page 6

## Magistrate Judge Jonathan Goodman

King Building Courtroom 11-3     Date: 7/13/18     Time: 1:30 p.m.

Defendant: Daniel Alvaro Murias    J#: 18904-104    Case #: 18-20581-CR-SCOLA(SEALED)

AUSA: Daniel Marcet     Attorney: David M. Garvin, (Temp)

Violation: CONSP/COMMIT/OFFENSE AGAINST THE U.S.     Surr/Arrest Date: 7/13/2018    YOB: 1990

Proceeding: INITIAL APPEARANCE     CJA Appt:

Bond/PTD Held: ☐ Yes ☑ No     Recommended Bond:

Bond Set at:     Co-signed by: Mother, Monica Schmid

- ☑ Surrender and/or do not obtain passports/travel docs
- ☑ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services / Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☑ Maintain or seek full-time employment ~~/education~~
- ☐ No contact with victims/witnesses, except through counsel — no personal or identifying informations of others
- ☑ No firearms — Surrender concealed weapons permit to PTS by Monday.
- ☑ Not to encumber property — Only if needed to obtain counsel.
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☑ Travel extended to: District of Nevada for Wedding
- ☑ Other: Do not prepare tax forms for 3rd party

Language: English

Disposition: Advised NTC. Temp. Appear of Counsel Filed. Case Unsealed. 200K PSB to be co-signed by mother, Monica Schmid. Released

Time from today to 7/27 excluded from Speedy Trial Clock

NEXT COURT APPEARANCE     Date:    Time:    Judge:    Place:

Report RE Counsel: 7/27/18    10 Am    Duty

PTD/Bond Hearing:

Prelim/Arraign or Removal: 7/27/18    10 Am    Duty

Status Conference RE:

D.A.R. 14:02:27     Time in Court: 15 min.

s/ JONATHAN GOODMAN     Magistrate Judge

Must provide travel arrangements/itinerary L PTS officer. Departure, Arrival, Hotel, etc.